UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ROBERT ADAMS, | ) | 1:06-cv-01390-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE IN WRITING NO |
| | ) | LATER THAN TWENTY DAYS AFTER THE |
| | ) | DATE OF SERVICE OF THIS ORDER WHY |
| v. | ) | THIS ACTION SHOULD NOT BE |
| | ) | DISMISSED FOR PLAINTIFF'S FAILURE |
| ALLSTATE INSURANCE COMPANY, et al., | ) | TO FILE A FIRST AMENDED COMPLAINT (DOC. 5) |
| | ) | |
| Defendants. | ) | |
| | ) | |

　　Plaintiff is a state prisoner housed at the Sierra Conservation Center who is proceeding pro se and in forma pauperis with an action for damages and other relief. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　On November 2, 2006, the Court ordered that Plaintiff's original complaint be dismissed with leave to file an amended complaint within thirty days after service of the order. Over thirty days have passed, but Plaintiff has not filed a first amended complaint as ordered by the Court.

　　The Court takes judicial notice of its docket, which reflects that on November 14, Plaintiff filed another action

1

1  which appears to relate to the present case (<u>Adams v. Ford Motor Credit</u>, 06-cv-1640-OWW-SMS). However, Plaintiff continues to fail to comply with the Court's order in this case.

   A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

   Accordingly, it is HEREBY ORDERED that:

   1. Within twenty (20) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to file a timely first amended complaint in this action and to obey the Court's order; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; if Plaintiff has any reasons why this action should not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

   2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   December 21, 2006**             **/s/ Sandra M. Snyder**
icido3                                      UNITED STATES MAGISTRATE JUDGE

2