# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT ADAMS, | CASE NO. CV F 06-1390 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS ACTION** |
| vs. | (Doc. 7.) |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

In response to the magistrate judge's order to show cause why this action should not be dismissed, plaintiff Charles Robert Adams ("plaintiff") filed his January 11, 2007 document to acknowledge this Court's absence of subject matter jurisdiction. This Court construes the document as plaintiff's F.R.Civ.P. 41(a)(1) voluntary dismissal and DISMISSES this action. The Court's clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                    **/s/ Lawrence J. O'Neill**
66h44d                                          UNITED STATES DISTRICT JUDGE

1